IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-282-GCM

| | |
|---|---|
| KIM PATRICK CATALANO & <br> SALLIE CATALANO, <br>           Plaintiffs, <br> v. <br><br> TRICAM INDUSTRIES, INC., & <br> HOME DEPOT U.S.A., INC., <br>           Defendants. | ORDER GRANTING <br> ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendants to allow **Paul V. Kaulas** to appear *Pro Hac Vice*, dated June 13, 2011 [doc. # 4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Kaulas has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 15, 2011

Graham C. Mullen
United States District Judge