UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-282-GCM

| | |
|---|---|
| KIM PATRICK CATALANO, et al, ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| TRICAM INDUSTRIES, INC., et al, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion. IT IS HEREBY ORDERED that the trial in this matter is re-scheduled for **November 5, 2012** at 10:00 A.M. in Courtroom # 3.

SO ORDERED.

Signed: May 8, 2012

Graham C. Mullen
United States District Judge