**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE  DIVISION**
**3:11-CV-282-GCM**

| | | |
|---|---|---|
| **KIM PATRICK CATALANO,** *et al*, | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **TRICAM INDUSTRIES, INC.,** *et al*, | ) | |
| **Defendants.** | ) | |

THIS MATTER is before the court upon its own motion.  Due to the Motion for Summary Judgement and Motions in Limine pending in the above captioned case, this trial is re-scheduled for **February 11, 2013.**

The Court anticipates setting a hearing on the pending motions. A date for such hearing will be scheduled at a later time.

IT IS SO ORDERED.

Signed: October 3, 2012

Graham C. Mullen
United States District Judge