IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-282-GCM

| | |
|---|---|
| **KIM PATRICK CATALANO,** *et al*, ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **TRICAM INDUSTRIES, INC.,** *et al*, ) | |
| Defendants. ) | |

THIS MATTER is before the court upon its own motion. Due to the Motion for Summary Judgement and Motions in Limine pending in the above captioned case, this trial is **RE-SET for April 8, 2013.**

The Court anticipates setting a hearing on the pending motions. A date for such hearing will be scheduled at a later time.

IT IS SO ORDERED.

Signed: October 5, 2012

Graham C. Mullen
United States District Judge