# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Kim Patrick Catalano**<br>**Sallie Catalano,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:11-cv-00282-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| **Tricam Industries**<br>**Home Depot USA Inc,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2013 Order.

January 7, 2013

*Frank G. Johns* (signature)
Frank G. Johns, Clerk
United States District Court